# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Charles Coleman, Jr., | Case No. 2:19-cv-02155-KJD-BNW |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Ride Now, LLC, | |
| Defendant. | |

On both January 8, 2020 and July 28, 2020, the Court entered screening orders, dismissing Plaintiff's complaint without prejudice, and ordering Plaintiff to file an amended complaint (if he so chose). (Order (ECF Nos. 4, 8).) Plaintiffs latest deadline to file an amended complaint, if he so chose, was September 1, 2020. (ECF No. 8.) Plaintiff did not file an amended complaint or otherwise respond to this Court's order. Accordingly, it appears Plaintiff has abandoned his case.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice and this case closed.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being

served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: September 9, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE