UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES COLEMAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> RIDE NOW, LLC, <br><br> Defendant. | Case No. 2:19-CV-2155-KJD-BNW <br><br> ORDER |

 Before the Court for consideration is the Report and Recommendation (#11) of Magistrate Judge Brenda Weksler entered September 10, 2020, recommending that Plaintiff's action be dismissed with prejudice for failure to file a second amended complaint. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

 The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#11) of the United States Magistrate Judge entered September 10, 2020, should be **ADOPTED and AFFIRMED**.

 IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#11) entered September 10, 2020, are **ADOPTED and AFFIRMED**;

 IT IS FURTHER ORDERED that Plaintiff's action is **DISMISSED with prejudice.**

 DATED this 16th day of November 2020.

                               _____
                               The Honorable Kent J. Dawson
                               United States District Judge